## STATE v. FLONNIE WALDEN THOMAS.

(Filed 9 November, 1955.)

**Homicide § 25—**

    Evidence in this case *held* sufficient to support conviction of defendant for manslaughter.

APPEAL by defendant from *Fountain, Special Judge,* at July Criminal Term, 1955, of WAKE.

Criminal prosecution tried upon a bill of indictment charging the defendant with the murder of her husband, Lattie Thomas.

There was a verdict of guilty of manslaughter. From judgment imposing penal servitude of not less than three nor more than five years, the defendant appeals.

*Attorney-General Rodman and Assistant Attorney-General Bruton for the State.*

*Thomas W. Ruffin for defendant, appellant.*

PER CURIAM. The only exceptions brought forward challenge the sufficiency of the evidence to carry the case to the jury over the defendant's motions for judgment as of nonsuit. The exceptions are untenable. The evidence discloses that the deceased came to his death as a result of a pistol wound inflicted by the defendant under circumstances justifying the inference that the defendant was guilty of manslaughter. The jury rejected her contention that the killing was accidental. The verdict is amply sustained by the evidence, and the judgment is supported by the verdict.

No error.